IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-35-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KEITH RAMONE MELVIN, ) | |
| ) | |
| Defendant. ) | |

On March 27, 2015, Keith Ramone Melvin filed a pro se motion for a certificate of innocense under 28 U.S.C. § 2513. See [D.E. 61]. Section 2513 is in a section of the United States Code concerning the United States Court of Federal Claims. Section 2513 does not create a cause of action. Melvin's motion [D.E. 61] is DENIED. This order is without prejudice to seeking relief in the United States Court of Federal Claims.

SO ORDERED. This _5_ day of May 2016.

JAMES C. DEVER III
Chief United States District Judge