IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-35-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KEITH RAMONE MELVIN, ) | |
| ) | |
| Defendant. ) | |

On August 16, 2017, Keith Ramone Melvin ("Melvin") moved for reconsideration [D.E. 66] of this court's order of May 18, 2017. See [D.E. 65]. The motion for reconsideration [D.E. 66] lacks merit and is DENIED. See United States v. Mills, 773 F.3d 563, 566–69 (4th Cir. 2014); Presentence Investigation Report ¶¶ 1–6, 8, 13, 18.

SO ORDERED. This 11 day of October 2018.

JAMES C. DEVER III
Chief United States District Judge