IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-35-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEITH RAMONE MELVIN, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response in opposition [D.E. 77], the court DENIES Keith Ramone Melvin's motion for certificate of innocense [D.E. 74]. See also [D.E. 65, 67, 72, 73].

SO ORDERED. This 23 day of December 2020.

JAMES C. DEVER III
United States District Judge